

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-15-00523-CR

Daniel **ORTEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 436539
The Honorable Tommy Stolhandske, Judge Presiding

## O R D E R

The trial court's certification in this appeal states, "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Texas Rule of Appellate Procedure Rule 25.2(d) provides the record in an appeal brought by a criminal defendant must contain a certification of right to appeal. TEX. R. APP. P. 25.2(d). If the record does not contain a certification that shows the defendant has a right of appeal, the appeal must be dismissed. *Id*.

It is therefore ORDERED this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed by September 14, 2015, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*,110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

All other appellate deadlines are SUSPENDED pending resolution of the certification issue.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2015.

_____
Keith E. Hottle
Clerk of Court